# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

DAVID WHITMORE, )
 )
          Plaintiff, )
 )
vs. ) Case No. CIV-10-576-M
 )
RONALD HILL, et al., )
 )
          Defendants. )

## ORDER

On April 26, 2011, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that defendants' amended motion for summary judgment be granted. Plaintiff was given until May 16, 2011 to file any objections to the Report and Recommendation. Plaintiff's objection was filed on May 23, 2011.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 26, 2011;

(2) GRANTS defendants' Amended Motion for Summary Judgment [docket no. 31];

(3) FINDS plaintiff's Second Motion for Default Judgment [docket 34], plaintiff's Second Motion for Entry of Default [docket 35] and plaintiff's Motion to Supplement Motion for Default [docket no. 36] now MOOT; and

(4) ORDERS that judgment issue forthwith in favor of defendants and against plaintiff.

**IT IS SO ORDERED this 25th day of May, 2011.**

/s/ Vicki Miles-LaGrange
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE